**Alice Whitten**
**Chapter 13 Standing Trustee**
**6100 Western Place, Ste 1050**
**Fort Worth, TX 76107-6107**
**Telephone: (817) 916-4710**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: DANIELO JOHNSON & BELINDA KAY HICKS | CASE NO: 08-42945-DML |
| Debtors | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| DANIELO JOHNSON & BELINDA KAY H<br>3736 Wayland Dr<br>Fort Worth, TX 76133 | 01/31/2012 | $2,074.39 |

/s/ Alice Whitten
Standing Chapter 13 Trustee

**NOTICE TO DEBTORS**: IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtors and creditor by U.S. First Class mail and served electronically on the Debtors' attorney, the United States Trustee and any other party who requested notice electronically on March 22, 2012 .

/s/ Alice Whitten
Standing Chapter 13 Trustee

DANIELO JOHNSON &
BELINDA KAY HICKS
3736 Wayland Dr
Fort Worth, TX 76133